

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-12-00244-CR |
| | § | Appeal from the |
| EX PARTE MANUEL TORRES, | § | 34th Judicial District Court |
| | § | of El Paso, Texas |
| | § | (TC# 20110D01278) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the order denying the writ of habeas corpus. We therefore reverse the trial court's order and render judgment granting the writ of habeas corpus, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MARCH, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.